Opinion issued October 24, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00936-CV

____________


JOHN G. THOMAS, Appellant


V.


CLEO WHITE PIKE, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF ALLEN G. PIKE, JR., Appellee






On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 2000-52011






O P I N I O N

 Appellant has filed a "Suggestion of Mootness Pursuant to Settlement
Agreement and Motion to Remand," asking this Court to dismiss his interlocutory
appeal from an order denying his motion to compel arbitration. More than 10 days
have elapsed, and no objection has been filed. No opinion has issued. Accordingly,
the appeal is dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.